**United States Bankruptcy Court**
**Eastern District of Michigan**
**Southern Division at Detroit**

Case No. 09-53648-PJS

In Re: **Mitchell R. Jerden**

Chapter 13

Debtor(s).

Honorable **Phillip J. Shefferly**

## DEBTOR(S)' FIRST PROPOSED PLAN MODIFICATION TO MODIFY CONFIRMED CHAPTER 13 PLAN TO EXCUSE PAYMENT OF CERTAIN TAX REFUNDS

The above captioned Debtor(s) hereby propose(s) and request(s) that this Honorable Court modify Debtor(s)' Chapter 13 Plan as previously confirmed herein on the following basis:

1. This case was filed on April 30, 2009 and Debtor(s)' Chapter 13 Plan was confirmed herein on or about September 5, 2009. Debtor(s) have not previously moved to modify such confirmed Chapter 13 Plan.

2. Attached hereto are a Liquidation Analysis and Worksheet as required by L.B.R. 3015-1(b) E.D.M. (or a customary substitute in the form of a Chapter 13 Trustee computer system "Plan Calc II" analysis.)

3. According the requirements of the Chapter 13 Plan herein, in addition to the regular periodic payments herein, Debtor(s) are required to pay Debtor(s)' tax refunds to the Chapter 13 Trustee.

4. Said requirement is based upon Debtor(s)' schedule of income and expenses herein, and is more particularly based upon the presumption and conclusion from such schedules that all of Debtor(s)' anticipated monthly living expenses are fully and completely scheduled.

5. Debtor(s) have received approximately $1,037.00 in tax refunds for the 2009 tax year.

6. Since the filing of this Chapter 13 case and the filing of Debtor(s)' schedules of income and expenses and since the Confirmation of Debtor(s)' Chapter 13 Plan (as most recently amended if at all), Debtor(s)' financial circumstances have changed and Debtor(s) have incurred unanticipated and non-recurring necessary living expenses which have not been provided for in Debtor(s) schedule of living expenses herein.

7. Said unanticipated and non-recurring necessary living expenses have caused Debtor(s) fairly to need to use certain of Debtor(s) tax refunds to pay such unanticipated necessary living expenses.

8. More specifically, Debtor(s)' specific unanticipated and non-recurring living expenses are detailed and set forth as follows: (a) state income tax liability in the amount of $912.00; (b) tax preparation fees in the amount of $265.00. The foregoing detailed expenses TOTAL: $1,177.00.

9. As a result, Debtor(s) are in need of all or a portion of the above specified tax refund(s) in the TOTAL amount(s) as specified in paragraph no. 8. above, as Debtor(s) have no additional or alternative source of income to pay such unanticipated necessary living expenses, except from such specified tax refund(s).

10. The only class of creditors impacted by this proposed Plan modification is: Class Eight - General Unsecured Claims. Such class will be impacted as to the amount such class receives will remain at a minimum of 2%.

WHEREFORE, Debtor(s) hereby proposes that this Honorable Court modify the Chapter 13 Plan as previously confirmed herein, but in all other respects to allow and require Debtor(s)' confirmed Chapter 13 Plan to remain unchanged:

(a.) **Excuse** Debtor(s) from paying to the Chapter 13 Trustee their 2009 tax refund in the total amount of $1,037.00.

Dated: July 13, 2010

/s/ *Roberta W. Andrews*
_____
Roberta W. Andrews (P-54001)
Firebaugh & Andrews, P.L.L.C.
Attorney for Debtor(s)
38545 Ford Road, Suite 104
Westland, MI 48185
(734) 722-2999
FirebaughAndrews@comcast.net



**13Network** — Enter Case Number, Name, Social Security Number, or @1st Address Line :

FIREBAUGH & ANDREWS    Case Query                                                                LogOut Now

**PROFILE | PARTIES | PAY SCHEDS | PAYEES | FINANCIALS | PLAN CALC 1 |**

Recently Accessed Cases  09-53648-P.

| 09-53648-PJS MITCHELL R. JERDEN (xxx-xx-4539) 13740 RIDGEWOOD •• PLYMOUTH • MI • 48170 $415.38 BW/ | Bar Date(s): | 9/14/2009 (has passed |
|---|---|---|
| | Confirmed: | 9/5/2009 |
| Print Inquiry  Trustee: David Wm. Ruskin    Attorney: FIREBAUGH & ANDREWS PLLC | Case Status: | Open/Active (4/5/2014 |

The data on these pages has not been audited and is provided for general information only.

10 Month(s) since Confirmation  UP = $0.00   TPI = $12,946.02   BOH = $56.61

| Line | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
| | **ATTORNEY FEE** | | | | | | | |
| 1 | FIREBAUGH & ANDREWS PLLC | $3,000.00 | | $3,000.00 | | | $3,000.00 | |
| | **DEBTOR REFUND** | | | | | | | |
| 2 | MITCHELL R. JERDEN | | | | | | | |
| | **EXEC CONTRACT/LEASE** | | | | | | | |
| 3 | ADDED CREDITOR | | | | | | | |
| | **CURR MTG** | | | | | | | |
| 4 | ADDED CREDITOR | | | | | | | |
| | **Mortgage Arrears** | | | | | | | |
| 5 | ADDED CREDITOR | | | | | | | |
| | **POST-PET/PRE-CONF MTG PYMTS** | | | | | | | |
| 6 | ADDED CREDITOR | | | | | | | |
| 7 | ADDED CREDITOR | | | | | | | |
| 8 | ADDED CREDITOR | | | | | | | |
| | **CONT'G DEBT (USE IN PLAN CALC)** | | | | | | | |
| 9 | ADDED CREDITOR | | | | | | | |
| 10 | ADDED CREDITOR | | | | | | | |
| | **SECURED** | | | | | | | |
| 11 | ADDED CREDITOR | | | | | | | |
| 12 | ADDED CREDITOR | | | | | | | |

Change Line# 0   [OK]   Plan Terms 45   [Calc]   Unsecured % 2   [Calc]   Due to Creditors:   $0.00   $24,130.

[Restart]                                                                                In from Debtor:    $900.00   $40,499.

Trustee's % 6.8

Lump Sum $ 0.00

Delete Line 0   [OK]

**Debtor 1 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| MITCHELL R. JER | $415.38 | BI-WEEKLY | $ | ? |
| MITCHELL R. JER | $0.00 | WEEKLY | $ | ? |

**Debtor 2 Pay Schedules**

| Who's Paying | Amount | Schedule | U |
|---|---|---|---|
| DEBTOR | $0.00 | WEEKLY | |

David Ruskin - Detroit, MI             Your Chapter 13 Information Management System             ©2004 BSS LLC.

**N. LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY [LBR 3015-1(b)(1)]:**

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY* | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| **PERSONAL RESIDENCE and OTHER REAL ESTATE** | **550,000.00** | **531,168.26** | **9,415.87** | **9,415.87** | **0.00** |
| **VEHICLES** | **33,750.00** | **43,033.64** | **1,750.00** | **1,750.00** | **0.00** |
| **HHG/PERSONAL EFFECTS** | **4,950.00** | **0.00** | **2,950.00** | **2,950.00** | **0.00** |
| **JEWELRY** | **500.00** | **0.00** | **500.00** | **500.00** | **0.00** |
| **CASH/BANK ACCOUNTS** | **7,100.00** | **0.00** | **5,100.00** | **5,100.00** | **0.00** |
| **OTHER** | **50,700.00** | **0.00** | **48,200.00** | **42,125.00** | **6,075.00** |

*Debtor has partial interest in 5 properties. "Debtor's Share of Equity" column has been adjusted accordingly.

Amount available upon liquidation $ **6,075.00**

Less administrative expenses and costs $ **0.00**

Less priority claims $ **31,200.00**

Amount Available in Chapter 7 $ **0.00**

*Model Plan Version 2.0 - 05/01*

*5*

**Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037** **Best Case Bankruptcy**
09-53648-pjs    Doc 86    Filed 07/13/10    Entered 07/13/10 12:02:36    Page 3 of 8

Case No. 09-53648-PJS

In Re: **Mitchell R. Jerden**

Chapter 13

and:

Debtor(s).

Honorable **Phillip J. Shefferly**

## NOTICE OF DEADLINE TO OBJECT TO PROPOSED CHAPTER 13 PLAN MODIFICATION

The deadline to file an objection to the attached proposed Chapter 13 plan modification is 21 days after service.

If no timely objection is filed, the proponent of the plan modification may file a certificate of no objection and the modified plan will then become effective.

If a timely objection is filed, the Court will set the mater for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

Objections to the attached proposed Chapter 13 plan modification shall be served on the following:

Firebaugh & Andrews, P.L.L.C.
38545 Ford Road, Suite 104
Westland, Michigan 48185

David Wm. Ruskin, Esq.
Chapter 13 Standing Trustee
26555 Evergreen Road
1100 Travlers Tower
Southfield, MI 48076-4251

Dated: July 13, 2010

*/s/ Roberta W. Andrews*

_____
**Samuel G. Firebaugh (P-34276)
Roberta W. Andrews (P-54001)
Firebaugh & Andrews, P.L.L.C.
Attorneys for Debtor(s)
38545 Ford Road, Suite 104
Westland, Michigan 48185
(734) 722-2999
FirebaughAndrews@comcast.net**

**United States Bankruptcy Court**
**Eastern District of Michigan**
**Southern Division at Detroit**

In Re: **Mitchell R. Jerden**

and:

Debtor(s).

Case No. 09-53648-PJS

Chapter 13

Honorable **Phillip J. Shefferly**

## PROOF OF SERVICE

I, the undersigned, certify that on **July 13, 2010** copies of the following document(s) filed in the above captioned case:

1. **DEBTOR(S)' FIRST PROPOSED PLAN MODIFICATION TO MODIFY CONFIRMED CHAPTER 13 PLAN TO EXCUSE PAYMENT OF CERTAIN TAX REUNDS** (dated: July 13, 2010), together with all exhibits and attachments, if any;

2. **NOTICE OF DEADLINE TO OBJECT TO PROPOSED CHAPTER 13 PLAN MODIFICATION** (dated: July 13, 2010)

were served upon all those parties specified on the matrix list attached hereto, at the addresses specified for said parties on such matrix list, all by first class mail with fully prepaid postage affixed, except the Chapter 13 Standing Trustee in this case who was served only through the Court's ECF system.

dated: July 13, 2010

/ s / *Roberta W. Andrews*

**Samuel G. Firebaugh (P-34276)**
**Roberta W. Andrews (P-54001)**
**Firebaugh & Andrews, P.L.L.C.**
**Attorneys for Debtor(s)**
**38545 Ford Road, Suite 104**
**Westland, MI 48185**
**(734) 722-2999**
**FirebaughAndrews@comcast.net**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 09-53648-pjs<br>Eastern District of Michigan<br>Detroit<br>Tue Jul 13 11:52:20 EDT 2010 | 3rd Circuit Court<br>Attention Civil Division<br>2 Woodward Avenue<br>Detroit, MI 48226-3437 | AT&T Yellow Pages<br>100 East Big Beaver<br>Suit #12<br>Troy, MI 48083-1204 |
| Access Receivables Management<br>P.O. Box 9801<br>Baltimore, MD 21284-9801 | Roberta W. Andrews<br>38545 Ford Rd.<br>Suite 104<br>Westland, MI 48185-7901 | Ann Arbor Commerce Bank<br>2950 State Street South<br>Ann Arbor, MI 48104-7102 |
| Bank Of America<br>P.O. Box 15026<br>Wilmington, DE 19850-5026 | CCO Mortgage Corp.<br>Att: Customer Service<br>P.O. Box 6260<br>Glen Allen, VA 23058-6260 | Charter One<br>480 Jefferson Blvd<br>RJE 135<br>Warwick RI 02886-1359 |
| Charter One<br>Consumer Loan Servicing<br>P.O. Box 42002<br>Providence, RI 02940-2002 | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Chase Auto Finance<br>PO Box 901032<br>Fort Worth, TX 76101-2032 |
| Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Ellis B. Freatman, III, Esq.<br>Roberts & Freatman<br>Attorney's at Law<br>125 N. Huron Street<br>Ypsilanti, MI 48197-2609 | Ferguson Enterprises, Inc.<br>c/o Mel R Partovich<br>Attorney at Law<br>37887 West 12 Mile Road, Suit B<br>Farmington, MI 48331-3096 |
| Samuel Firebaugh<br>38545 Ford Road<br>Suite 104<br>Westland, MI 48185-7901 | Frankenmuth Mutual Insurance Company<br>One Mutal Avenue<br>Frankenmuth, MI 48787-0001 | Nicole R. Graf<br>1241 East Eighth Street<br>P.O. Box 5817<br>Traverse City, MI 49696-5817 |
| Michael P. Hogan<br>903 N. Opdyke Rd.<br>Suite C<br>Auburn Hills, MI 48326-2693 | I. C. Systems, Inc.<br>444 Highway 96 East<br>P.O. Box 64378<br>Saint Paul, MN 55164-0378 | Internal Revenue Service<br>SBSE / Insolvency Unit<br>P.O. Box 330500 - Stop 15<br>Detroit, MI 48232 |
| JPMorgan Chase Bank, N.A.<br>c/o Brandt, Fisher, Alward & Roy, P.C.<br>1241 E. Eighth Street<br>Post Office Box 5817<br>Traverse City, MI 49696-5817 | JPMorgan Chase Bank, N.A.<br>c/o Brandt, Fisher, Alward & Roy, P.C.<br>1241 E. Eighth Street<br>Post Office Box 5817<br>Traverse City, Michigan  49696-5817 | Mitchell R. Jerden<br>13740 Ridgewood<br>Plymouth, MI 48170-2404 |
| Kilpatrick and Associates P.C.<br>c/o Mazda American Credit<br>903 North Opdyke Road, Suite C<br>Auburn Hills, Michigan 48326-2693 | Joseph A. King<br>400 Capitol Bancorp Center<br>200 N. Washington Square<br>Lansing, MI 48933-1330 | Lori Jerden<br>13740 Ridgewood<br>Plymouth, MI 48170-2404 |
| MCI<br>Attn: APD - Bankruptcy<br>500 Technology Drive, Suite 300<br>Weldon Springs, MO 63304-2225 | (p)FORD MOTOR CREDIT COMPANY<br>PO BOX 6275<br>DEARBORN MI 48121-6275 | Mazda American Credit<br>P.O. Box 681811<br>Franklin, TN 37068-1811 |

| | | |
|---|---|---|
| Mel R. Partovich<br>Attorney at Law<br>37887 West 12 Mile Road, Suite B<br>Farmington, MI 48331-3096 | Michigan Commerce Bank<br>c/o Joseph A. King<br>200 N. Washington Square, Ste. 320<br>Lansing, MI 48933-1313 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 12914<br>NORFOLK VA 23541-0914 |
| PRA Receivables Management, LLC as agent for<br>FIA Card Services NA aka Bank of America<br>PO Box 12907<br>Norfolk VA 23541-0907 | Melvin R. Partovich<br>37887 W. 12 Mile Road<br>Suite B<br>Farmington Hills, MI 48331-3096 | Portfolio Recovery Associates, LLC.<br>PO Box 41067<br>Norfolk VA 23541-1067 |
| RBS CITIZENS, N.A. S/B/M TO CHARTER ONE BANK<br>10561 TELEGRAPH ROAD<br>GLEN ALLEN VA 23059-4577 | Receivalbes Performance Management LLC<br>20816 44th Avenue West<br>Lynnwood, WA 98036-7744 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Craig B. Rule<br>903 N. Opdyke Rd. Suite C<br>Auburn Hills, MI 48326-2693 | David Wm Ruskin<br>26555 Evergreen Rd Ste 1100<br>Southfield, MI 48076-4251 | Sprint/ Nextel<br>Customer Service<br>P.O. Box 8077<br>London, KY 40742-8077 |
| State of Michigan<br>Department of Treasury<br>P.O. Box 30477<br>Lansing, MI 48909-7977 | Toyota Motor Credit Corporation<br>3200 W. Ray Road<br>Chandler, AZ 85226-2450 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| U.S. Attorney<br>attn: Civil Division (IRS)<br>211 West Fort Street, Suite 2300<br>Detroit, MI 48226-3269 | Yellow Book USA<br>6300 C Street SW<br>Cedar Rapids, IA 52404-7470 | Yellow Book USA (MPM)<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094-5126 |
| eCAST Settlement Corporation assignee of Cha<br>Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Mazda American Credit<br>P.O. Box 537901<br>Livonia, MI 48153-7901 | Toyota Motor Credit Corporation<br>P.O. Box 8026<br>Cedar Rapids, IA 52408-8026 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ferguson Enterprises, Inc.          (u)Mazda American Credit          (d)RBS CITIZENS, N.A.S/B/M TO CHARTER ONE BAN
                                                                         10561 TELEGRAPH ROAD
                                                                         GLEN ALLEN VA 23059-4577


(u)Toyota Motor Credit Corporation     End of Label Matrix
                                       Mailable recipients    48
                                       Bypassed recipients     4
                                       Total                  52